IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

NORTHERN STAR HOSPITALITY d/b/a SPARX RESTAURANT;
NORTHERN STAR PROPERTIES, LLC; and
NORTH BROADWAY HOLDINGS, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-214-bbc

---

    This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

---

    IT IS ORDERED AND ADJUDGED that defendants' motion for summary judgment is granted with respect to plaintiff's harassment claim.

    IT IS FURTHER ORDERED AND ADJUDGED that defendants are enjoined:

1. from discharging employees in retaliation for complaints about racially offensive postings in defendants' workplace;

2. from failing to adopt policies that explicitly prohibit actions made unlawful under Title VII;

3. from failing to adopt an investigative process with regard to discrimination claims; and

4. from failing to provide annual training to Chris Brekken and other managers, including supervisors, regarding Title VI; and

5. Defendants are to send plaintiff a statement of compliance no later than December 31 for each of the three years in which the injunction is in effect.

IT IS FURTHER ORDERED AND ADJUDGED that:

1. Dion Miller is awarded $15,000 for emotional damages;

2. Dion Miller is awarded back pay in the amount of $40,197.99, plus interest for the period from his date of termination through January 31, 2014 in the amount of $3,102.51, for a total award of $43,300.50; and

Judgment in a Civil Case                                                                 Page 2

3.  Dion Miller is awarded an additional amount of back pay equal to 15% of the back pay award, including interest, which additional amount equals $6,495.00, to reimburse him for the extra taxes he will owe on the lump sum payment he is to receive.

Approved as to form this 24th day of February, 2014.

_Barbara B. Crabb_
Barbara B. Crabb, District Judge

| s/K. Jacobson, Deputy Clerk | 2/25/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |