# Exhibit B



**NorthWestern Court Reporters**
*since 1973*
621 Second Street
Hudson, WI 54016
(715) 386-5157 • FAX (715) 386-6584

**Minneapolis, MN 55402**
Toll Free 1-800-628-7551
**Eau Claire, WI 54701**
(715) 835-7581

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 116581 | 1/9/2013 | 56401 |

| JOB DATE | CASE NUMBER |
|---|---|
| 1/4/2013 | 3:12-cv-00214-bbc |

| CASE CAPTION |
|---|
| EEOC vs. Northern Star Hospitality, Inc. |

| TERMS |
|---|
| Due upon receipt |

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

**Certified Original and Certified Transcript of:**
Michael D. Schwartz ............................................................................................... 712.60

**TOTAL DUE >>>**     **$712.60**

**Tax ID:** 39-1180863     Phone: 612-335-4061    Fax:

*Please detach bottom portion and return with payment.*

---

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

Invoice No. : 116581
Invoice Date : 1/9/2013
**Total Due** : **$ 712.60**

**Remit To: Northwestern Court Reporters, Inc.
621 Second Street
Hudson, WI 54016**

Job No. : 56401
BU ID : 1-NWCR
Case No. : 3:12-cv-00214-bbc
Case Name : EEOC vs. Northern Star Hospitality, Inc.

1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice Number: 1264<br>Call Number: |
|---|---|
| TO: margaretklesczewski@eeoc.com | MAKE CHECK PAYABLE TO:<br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry Street, Room 520<br>Madison, WI  53703<br>(608) 255-3821 |

**TRANSCRIPTS:**

| Case Type:<br><br>Civil | Date Ordered:<br><br>6-7-13 | Date Delivered:<br><br>6-10-13 |
|---|---|---|

**In the matter of EEOC v. North Broadway Holdings, et al   12-CV-214-BBC**

**Stenographic transcript of telephonic hearing held before Magistrate Stephen L. Crocker on 6-6-13**

**42 pgs. @ $4.85  (expedited  7-day delivery)                                          $203.70**

**TOTAL:     $203.70**

**CERTIFICATION:**

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

__/s/_____ Date: ___6-10-13_____
Lynette Swenson

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice Number: 1266<br>Call Number: |
|---|---|
| **TO:** Margaret.klesczewski@eeoc.gov | **MAKE CHECK PAYABLE TO:**<br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry Street, Room 520<br>Madison, WI 53703<br>(608) 255-3821 |

**TRANSCRIPTS:**

| Case Type: | Date Ordered: | Date Delivered: |
|---|---|---|
| Civil | 6-18-13 | 6-19-13 |

**In the matter of EEOC v. Northern Star et al.   12-CV-214**

**Stenographic transcript of telephonic motion hearing held on 6-14-13 before Magistrate Stephen L. Crocker**

**35 pgs. @ $4.85  (7-day delivery)** $169.75

**TOTAL:   $169.75**

**CERTIFICATION:**

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

__/s/_____   Date: ___6-19-13_____
<u>Lynette Swenson</u>



**NORTHWESTERN COURT REPORTERS**
*since 1973*
621 Second Street
Hudson, WI 54016
(715) 386-5157 • FAX (715) 386-6584

**Minneapolis, MN 55402**
Toll Free 1-800-628-7551
**Eau Claire, WI 54701**
(715) 835-7581

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 117793 | 6/24/2013 | 58100 |

| JOB DATE | CASE NUMBER |
|---|---|
| 6/14/2013 | 3:12-CV-00214-slc |

| CASE CAPTION |
|---|
| EEOC vs. Northern Star Hospitality, Inc. |

| TERMS |
|---|
| Due upon receipt |

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

Certified Original and Certified Transcript with word index of:
    Christopher J. Brekken
                                                                                                                              1,037.99

**TOTAL DUE >>>**      **$1,037.99**

Purchase Order # EECCHI-12-3-
Reference No. 23-13-EECCHI123

**Tax ID:** 39-1180863        Phone: 612-335-4061    Fax:

*Please detach bottom portion and return with payment.*

---

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

Invoice No.   : 117793
Invoice Date  : 6/24/2013
**Total Due**    : **$ 1,037.99**

Remit To: **Northwestern Court Reporters, Inc.**
          **621 Second Street**
          **Hudson, WI 54016**

Job No.    : 58100
BU ID     : 1-NWCR
Case No.   : 3:12-CV-00214-slc
Case Name  : EEOC vs. Northern Star Hospitality, Inc.

4



NorthWestern
*since 1973*  **Minneapolis, MN 55402**
621 Second Street   Toll Free 1-800-628-7551
Hudson, WI 54016   .   **Eau Claire, WI 54701**
(715) 386-5157 • FAX (715) 386-6584   (715) 835-7581

COURT REPORTERS

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 117791 | 6/24/2013 | 58093 |

| JOB DATE | CASE NUMBER |
|---|---|
| 6/13/2013 | 3:12-CV-00214-slc |

**CASE CAPTION**

EEOC vs. Northern Star Hospitality, Inc.

**TERMS**

Due upon receipt

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN  55401

Certified Transcript with word index of:
   Amber Malean     345.48
Certified Transcript with word index of:
   Alexander Rivet     140.00

TOTAL DUE >>>     **$485.48**

Purchase Order # EECCHI-12-3-
Reference No. 23-13-EECCHI123

**Tax ID:** 39-1180863     Phone: 612-335-4061   Fax:

*Please detach bottom portion and return with payment.*

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN  55401

Invoice No.   : 117791
Invoice Date  : 6/24/2013
**Total Due**   : **$ 485.48**

Remit To: **Northwestern Court Reporters, Inc.**
         **621 Second Street**
         **Hudson, WI  54016**

Job No.    : 58093
BU ID      : 1-NWCR
Case No.   : 3:12-CV-00214-slc
Case Name  : EEOC vs. Northern Star Hospitality, Inc.

5



since 1973  
621 Second Street  
Hudson, WI 54016  
(715) 386-5157 • FAX (715) 386-6584

Minneapolis, MN 55402  
Toll Free 1-800-628-7551  
Eau Claire, WI 54701  
(715) 835-7581

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 117942 | 7/10/2013 | 58284 |
| JOB DATE | CASE NUMBER | |
| 7/2/2013 | 3:12-cv-00214-bbc | |

**CASE CAPTION**

EEOC vs. Northern Star Hospitality, Inc.

**TERMS**

Due upon receipt

Laurie A. Vasichek  
U.S. Equal Employment Opportunity Commission  
Minneapolis Area Office  
330 Second Ave. S., Suite 720  
Minneapolis, MN 55401

Certified Original and Certified Transcript with word index of:  
   Randy Krautkramer, CPA, CFP     592.29  
Certified Original and Certified Transcript with word index of:  
   Christopher Brekken Volume II     289.80  
Certified Original and Certified Transcript with word index of:  
   Christopher Brekken Volume 1     422.80

**TOTAL DUE >>>  $1,304.89**

Purchase Order # EECCHI-12-3-  
Reference No. 23-13-EECCHI123

Tax ID: 39-1180863     Phone: 612-335-4061   Fax:

*Please detach bottom portion and return with payment.*

Laurie A. Vasichek  
U.S. Equal Employment Opportunity Commission  
Minneapolis Area Office  
330 Second Ave. S., Suite 720  
Minneapolis, MN 55401

Invoice No. : 117942  
Invoice Date : 7/10/2013  
**Total Due : $ 1,304.89**

Remit To: **Northwestern Court Reporters, Inc.**  
         **621 Second Street**  
         **Hudson, WI 54016**

Job No. : 58284  
BU ID : 1-NWCR  
Case No. : 3:12-cv-00214-bbc  
Case Name : EEOC vs. Northern Star Hospitality, Inc.

6



9410 Ginhouse Lane  
Charlotte, NC 28277

704.543.7995  
888-292-4528

### Invoice 15255

Laurie, A. Vasichek, Esq.  
EEOC Minneapolis Area Office  
330 Second Avenue South, Ste 720  
Minneapolis, Minnesota 55401

 

7/23/2013

| Reporter |
|---|
| LB |

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| EEOC v. North Star Hospitality deposition taken in Spartanburg, SC on 7/11/13 | | | |
| DEPOSITION OF ANGELA BARRETT | | | |
| Appearance Fee - Half Day | 75.00 | | 75.00 |
| Original + One Copy and Condensed Transcript w/Word Index | 4.20 | 113 | 474.60 |
| Shipping & Handling | 11.00 | | 11.00 |

| Thank you for choosing Lowrance Reporting Service. | TOTAL | $560.60 |
|---|---|---|

| | |
|---|---|
| **From:** | "Sally Lowrance" <transcribe@lowrancereporting.com> |
| **To:** | "Jean Kamp" <anne.samson@eeoc.gov> |
| **Date:** | 8/2/2013 3:29 PM |
| **Subject:** | Lowrance Reporting Service Customer Receipt/Purchase Confirmation |

Thank you for your order!

==== Order Information ====

Merchant: Lowrance Reporting Service
Invoice Number: 015255

Total: US $560.60

==== Billing Information ====
Jean Kamp
EEOC
310 West Wisconsin Ave
Milwaukee, Wisconsin 53203
USA
anne.samson@eeoc.gov
414-297-1867

==== Shipping Information ====

==== Payment Information ====
Payment Method: ▮
Date/Time: 2-Aug-2013 13:29:18 PDT
Transaction ID: ▮▮▮▮

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| INVOICE | NUMBER 65037 |
|---|---|

TO: LAURIE A. VASICHEK
EEOC - Minneapolis Area Office
330 Second Avenue South, Suite 720
Minneapolis, Minnesota 55401

PHONE: (612) 335-4061
FAX:

MAKE CHECK PAYABLE TO:
Cheryl A. Seeman
120 North Henry Street, Room 520
Madison, Wisconsin 53703

PHONE: (608) 255-3821

## TRANSCRIPTS

☐ CRIMINAL  ☑ CIVIL   DATE ORDERED: 08/12/2013   DATE DELIVERED: 08/16/2013

IN THE MATTER OF (CASE NUMBER AND TITLE)
EEOC v. NORTHERN STAR HOSPITALITY, ET AL.   Case No. 12-CV-214-BBC

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 56 | 3.65 | 204.40 | | | 0.00 | | | 0.00 | 204.40 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): 8/12/2013 | TOTAL | 204.40 |
|---|---|---|
| Court Trial (Afternoon Session) - Volume 1P | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 204.40 |

### ADDITIONAL INFORMATION
Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER /s/ Cheryl A. Seeman, RMR, CRR | DATE 08/16/2013 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# 4NITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice Number: 1284<br>Call Number: |
|---|---|
| TO: EEOC<br>Margaret.klesczewski@eeoc.gov | MAKE CHECK PAYABLE TO:<br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry Street, Room 520<br>Madison, WI 53703<br>(608) 255-3821 |

## TRANSCRIPTS:

| Case Type: | Date Ordered: | Date Delivered: |
|---|---|---|
| Civil | 8-12-13 | 8-15-13 |

**In the matter of EEOC v. Northern Star, et al.  12-CV-214-BBC**

**Stenographic transcript of court trial held before District Judge Barbara B. Crabb**

**144 pgs. @ $3.65**                                                                                      **$525.60**

TOTAL:   $525.60

### CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

_/s/_____     Date: __8-15-13_____
Lynette Swenson



NorthWestern Court Reporters
*since 1973*  **Minneapolis, MN 55402**
621 Second Street    Toll Free 1-800-628-7551
Hudson, WI 54016    **Eau Claire, WI 54701**
(715) 386-5157 • FAX (715) 386-6584    (715) 835-7581

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 116228 | 11/27/2012 | 56141 |

| JOB DATE | CASE NUMBER |
|---|---|
| 11/15/2012 | 3:12-CV-00214-slc |

**CASE CAPTION**

EEOC vs. Northern Star Hospitality, Inc.

**TERMS**

Due upon receipt

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

Certified Transcript with word index of:
Dion M. Miller

406.71

**TOTAL DUE >>>    $406.71**

Contract #32-13-FPCHI008

**Tax ID:** 39-1180863    Phone: 612-335-4061    Fax:

*Please detach bottom portion and return with payment.*

---

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

Invoice No.   : 116228
Invoice Date  : 11/27/2012
**Total Due**   : **$ 406.71**

Remit To: **Northwestern Court Reporters, Inc.**
**621 Second Street**
**Hudson, WI 54016**

Job No.    : 56141
BU ID      : 1-NWCR
Case No.   : 3:12-CV-00214-slc
Case Name  : EEOC vs. Northern Star Hospitality, Inc.