**Exhibit C**


226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

# Invoice

| Date | Invoice # |
|---|---|
| 6/27/2012 | 68369 |

**Bill To**

Equal Opportunity Commission
PO Box 8790
Reston, VA 20195-2690

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

| Balance Due | $43.68 |
|---|---|

## BlueStar Computer Solutions, Inc.

| Attention | Terms | Due Date | Client Matter | Rep |
|---|---|---|---|---|
| T'Anne Samson | Net 10 | 7/7/2012 | See Below | MP |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Logical Unitization | 171 | 0.04 | 6/13/2012 | 6.84 |
| TIFF Conversion | 171 | 0.03 | 6/13/2012 | 5.13 |
| Bates Matching | 171 | 0.01 | 6/13/2012 | 1.71 |
| Load to FTP | 2 | 15.00 | 6/13/2012 | 30.00 |
| Bates Range:<br>EEOC000001 - EEOC000171<br><br>Volume Names:<br>NORTHERN_20120613_VOL001<br>NORTHERN_20120613_VOL002<br><br>Client Matter:<br>2312EECCHI041-EEOC v. Northern Star Hospitality d/b/a Sparx Restaurant | | | | |

Customer Signature:

| Total | $43.68 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $43.68 |

For questions about your bill please call 312.939.3000. Our Federal Tax ID number is 56-2355533

1



| | PLEASE PAY FROM THIS INVOICE |
|---|---|
| | Remit To: |
| | NightOwl Document Management Services |
| | 724 North First Street |
| | Minneapolis, MN 55401 |
| | Phone (612) 337-0448 |
| | Tax ID# 41-1690135 |

**Sold To:**
Equal Employment Opportunity Commission
330 Second Avenue South
Suite 720
Minneapolis, MN 55402

# Invoice

**Invoice Number:**
13-198150
**Page:**
1

| Customer ID | Client Matter Number | Job Number |
|---|---|---|
| EQU1001 | EEOC v No. Star Hosp | I-13-06-0121 |
| **Sales Rep ID** | **Customer Contact** | **Invoice Date** |
| TAY | Margaret Klesczewski | 6/27/13 |

| Quantity | Description | Unit Price | Extension |
|---:|---|---:|---:|
| 1,288.0 | Imaging-Heavy Litigation | 0.140 | 180.32 |
| 249.0 | Imaging-Glasswork | 0.200 | 49.80 |
| 3,970.0 | Blowbacks-Assy | 0.070 | 277.90 |
| 1,537.0 | Convert to Searchable PDF | 0.030 | 46.11 |
| 1.0 | CD Master | 20.000 | 20.00 |

| | | |
|---|---:|---:|
| | Subtotal | 574.13 |
| | Sales Tax | 44.64 |
| | **TOTAL** | **618.77** |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 30 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 30 DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED AS THE RESULT OF THE COLLECTION OF PAST DUE ACCOUNTS.

**PLEASE PAY UPON RECEIPT OF THIS INVOICE**

RECEIVED BY: _____  DATE: _____