# Exhibit D



# Invoice

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

| Date | Invoice # |
|------|-----------|
| 5/10/2012 | 68150 |

Bill To

Equal Opportunity Commission
PO Box 8790
Reston, VA  20195-2690

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

| Balance Due | $621.47 |
|-------------|---------|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

**BlueStar Computer Solutions, Inc.**

| Attention | Terms | Due Date | Client Matter | Rep |
|-----------|-------|----------|---------------|-----|
| Camille A. Monahan | Net 10 | 5/20/2012 | See Below | MP |

| Description | Qty | Rate | Service Date | Amount |
|-------------|-----|------|--------------|--------|
| Cell Phone Forensics | 1 | 550.00 | 5/4/2012 | 550.00 |
| Total Shipping Cost | 1 | 71.47 | 5/4/2012 | 71.47 |
| Client Matter: PO#2312EECCHI041-EEOC v. Northern Star d/b/a Sparx Restaurant | | | | |

Customer Signature:

| Total | $621.47 |
|-------|---------|
| Payments/Credits | $0.00 |
| **Balance Due** | **$621.47** |

For questions about your bill please call 312.939.3000.  Our Federal Tax ID number is 56-2355533



# Invoice

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

| Date | Invoice # |
|------|-----------|
| 6/27/2012 | 68370 |

Bill To

Equal Opportunity Commission
PO Box 8790
Reston, VA  20195-2690

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due** | **$317.00**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

**BlueStar Computer Solutions, Inc.**

| Attention | Terms | Due Date | Client Matter | Rep |
|-----------|-------|----------|---------------|-----|
| Camille A. Monahan | Net 10 | 7/7/2012 | See Below | MP |

| Description | Qty | Rate | Service Date | Amount |
|-------------|-----|------|--------------|--------|
| Technical Time: Inspect/Evaluate Data / Communication USB Port | 1 | 250.00 | 6/22/2012 | 250.00 |
| Shipments | 1 | 67.00 | 6/22/2012 | 67.00 |
| Client Matter: 2312EECCHI041-EEOC v. Northern Star Hospitality d/b/a Sparx Restaurant | | | | |

Customer Signature:

| | | |
|---|---|---|
| **Total** | | $317.00 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | **$317.00** |

For questions about your bill please call 312.939.3000.  Our Federal Tax ID number is 56-2355533

# DFI Online Order

## Certified Copy-Articles of Incorporation/Organization

**Total price: $10.00**

**Received by DFI: 9/10/2012 11:13 AM**

## Order Details:

| | |
|---|---|
| **Name of Entity** | Equal Employment Opportunity Commission |
| **How many copies?** | 1 |
| **With apostille (for use in a foreign country)** | No |
| **Additional Instructions** | |

## Contact Information:

**First Name** Camille

**Last Name** Mo         nahan

**Company Name** EEOC

**Address Line 1**   310 W. Wisconsin Avenue

**Address Line 2** Suite   800

**City** Milwaukee

**State** WI

**Postal Code** 53203

**Country** UNITED             STATES

**Phone Number** 

**Email Address**

## Delivery:

**Delivery Option** U.S. Mail, sent to the Contact Information address

**Fee Details:**

Certified Copy-Articles of Incorporation/Organization:     $10.00

**Total Fee:**                                    **$10.00**

# Wisconsin Department of Financial Institutions
### Strengthening Wisconsin's Financial Future

# Confirmation
## Certified Copy of Single-year Annual Report

We have received your order. A confirmation email has been sent to
Camille Monahan (anne.samson@eeoc.gov).

Click here for a printer-friendly version of your order.

**This page is your receipt. Please print this page for your reference.**

You will see a charge from **WI Dept of Financial Inst** in the amount of **$10.00**.

## Order Details

| | |
|---|---|
| **Name of Entity** | Northern Star Hospitality, Inc. |
| **Reporting Year** **(leave blank for latest report)** | 2009 |
| **How many copies?** | 1 |
| **With apostille (for use in a foreign country)** | No |
| **Additional Instructions** | |

Order Number: 201209103117465
Purchased On: 9/10/2012 11:40 AM

Bank Authorization Code: ███████

## Contact Person

Name: Camille Monahan
Company: EEOC
Phone: ██████████
Email Address: ██████████████

# Do you use email spam-blocking tools?

To ensure you receive all e-mail communications regarding this filing, please add
**corporations@dfi.state.wi.us** to your list of safe addresses.

You should receive a confirmation email shortly. If you do not receive the

confirmation message within 24 hours you should contact your Internet provider and ensure that email from the dfi.state.wi.us, wdfi.org, and wisconsin.gov domains is not being blocked. All email sent from our mail servers conforms to the Sender Policy Framework (SPF) standard and you may wish to advise your Internet provider of that. If your Internet Provider is blocking the emails and is unable to remove the block we would suggest that you use one of the large free email systems such as Google Mail, HotMail, or Yahoo as they do not block email but deliver it into a possible spam folder instead.

## What we will do

Documents are processed in the order they are received.

**Non-expedited** service requests are generally processed in seven to ten business days following the date of receipt.

## What Next

- For questions about this order, call (608) 261-7577.
- Give feedback.
- Place another Online Order
- DFI Home Page

# Wisconsin Department of Financial Institutions
### Strengthening Wisconsin's Financial Future

# Confirmation
## Certified Copy of Single-year Annual Report

We have received your order. A confirmation email has been sent to
Camille Monahan (anne.samson@eeoc.gov).

Click here for a printer-friendly version of your order.

**This page is your receipt. Please print this page for your reference.**

You will see a charge from **WI Dept of Financial Inst** in the amount of **$10.00**.

## Order Details

| | |
|---|---|
| **Name of Entity** | Northern Star Hospitality, Inc. |
| **Reporting Year** (leave blank for latest report) | 2010 |
| **How many copies?** | 1 |
| **With apostille (for use in a foreign country)** | No |
| **Additional Instructions** | |

Order Number: 201209103117470
Purchased On: 9/10/2012 11:42 AM

Bank Authorization Code: █████

## Contact Person

Name: Camille Monahan
Company: EEOC
Phone: ███████
Email Address: ███████████

# Do you use email spam-blocking tools?

To ensure you receive all e-mail communications regarding this filing, please add
**corporations@dfi.state.wi.us** to your list of safe addresses.

You should receive a confirmation email shortly. If you do not receive the

confirmation message within 24 hours you should contact your Internet provider and ensure that email from the dfi.state.wi.us, wdfi.org, and wisconsin.gov domains is not being blocked. All email sent from our mail servers conforms to the Sender Policy Framework (SPF) standard and you may wish to advise your Internet provider of that. If your Internet Provider is blocking the emails and is unable to remove the block we would suggest that you use one of the large free email systems such as Google Mail, HotMail, or Yahoo as they do not block email but deliver it into a possible spam folder instead.

## What we will do

Documents are processed in the order they are received.

**Non-expedited** service requests are generally processed in seven to ten business days following the date of receipt.

## What Next

- For questions about this order, call (608) 261-7577.
- Give feedback.
- Place another Online Order
- DFI Home Page

# Wisconsin Department of Financial Institutions
### Strengthening Wisconsin's Financial Future

# Confirmation
## Certified Copy of Single-year Annual Report

We have received your order. A confirmation email has been sent to
Camille Monahan (anne.samson@eeoc.gov).

[Click here for a printer-friendly version of your order.](#)

**This page is your receipt. Please print this page for your reference.**

You will see a charge from **WI Dept of Financial Inst** in the amount of **$10.00**.

## Order Details

| | |
|---|---|
| **Name of Entity** | Northern Star Hospitality, Inc. |
| **Reporting Year** **(leave blank for latest report)** | 2011 |
| **How many copies?** | 1 |
| **With apostille (for use in a foreign country)** | No |
| **Additional Instructions** | |

Order Number: 201209103117475
Purchased On: 9/10/2012 11:45 AM

Bank Authorization Code: ███████

## Contact Person

Name: Camille Monahan
Company: EEOC
Phone: ████████████
████████████████████████

# Do you use email spam-blocking tools?

To ensure you receive all e-mail communications regarding this filing, please add
**corporations@dfi.state.wi.us** to your list of safe addresses.

You should receive a confirmation email shortly. If you do not receive the

confirmation message within 24 hours you should contact your Internet provider and ensure that email from the dfi.state.wi.us, wdfi.org, and wisconsin.gov domains is not being blocked. All email sent from our mail servers conforms to the Sender Policy Framework (SPF) standard and you may wish to advise your Internet provider of that. If your Internet Provider is blocking the emails and is unable to remove the block we would suggest that you use one of the large free email systems such as Google Mail, HotMail, or Yahoo as they do not block email but deliver it into a possible spam folder instead.

## What we will do

Documents are processed in the order they are received.

**Non-expedited** service requests are generally processed in seven to ten business days following the date of receipt.

## What Next

- For questions about this order, call (608) 261-7577.
- Give feedback.
- Place another Online Order
- DFI Home Page

# Wisconsin Department of Financial Institutions
**Strengthening Wisconsin's Financial Future**

# Confirmation
## Copy of a Single-year Annual Report

We have received your order. A confirmation email has been sent to
Camille Monahan (anne.samson@eeoc.gov).

[Click here for a printer-friendly version of your order.](#)

**This page is your receipt. Please print this page for your reference.**

You will see a charge from **WI Dept of Financial Inst** in the amount of **$5.00**.

### Order Details

| | |
|---|---|
| **Name of Entity** | Northern Star Properties, LLC |
| **Reporting Year (leave blank for latest report)** | 2009 |
| **Additional Instructions** | |

Order Number: 201209103117411
Purchased On: 9/10/2012 11:25 AM

Bank Authorization Code: ███████ .

### Contact Person

Name: Camille Monahan
Company: Equal Employment Opportunity Commission
Phone: ██████████
██████████████████████

# Do you use email spam-blocking tools?

To ensure you receive all e-mail communications regarding this filing, please add
**corporations@dfi.state.wi.us** to your list of safe addresses.

You should receive a confirmation email shortly. If you do not receive the
confirmation message within 24 hours you should contact your Internet provider
and ensure that email from the dfi.state.wi.us, wdfi.org, and wisconsin.gov
domains is not being blocked. All email sent from our mail servers conforms to

the Sender Policy Framework (SPF) standard and you may wish to advise your Internet provider of that. If your Internet Provider is blocking the emails and is unable to remove the block we would suggest that you use one of the large free email systems such as Google Mail, HotMail, or Yahoo as they do not block email but deliver it into a possible spam folder instead.

# What we will do

Documents are processed in the order they are received.

**Non-expedited** service requests are generally processed in seven to ten business days following the date of receipt.

# What Next

- For questions about this order, call (608) 261-7577.
- Give feedback.
- Place another Online Order
- DFI Home Page

# Wisconsin Department of Financial Institutions
**Strengthening Wisconsin's Financial Future**

# Confirmation
## Certified Copy of Single-year Annual Report

We have received your order. A confirmation email has been sent to
Camille Monahan (anne.samson@eeoc.gov).

Click here for a printer-friendly version of your order.

**This page is your receipt. Please print this page for your reference.**

You will see a charge from **WI Dept of Financial Inst** in the amount of **$10.00**.

## Order Details

| | |
|---|---|
| **Name of Entity** | Northern Star Properties, LLC |
| **Reporting Year** **(leave blank for latest report)** | 2010 |
| **How many copies?** | 1 |
| **With apostille (for use in a foreign country)** | No |
| **Additional Instructions** | |

Order Number: 201209103117423
Purchased On: 9/10/2012 11:28 AM

Bank Authorization Code: ▮▮▮▮

## Contact Person

Name: Camille Monahan
Company: EEOC
Phone: ▮▮▮▮▮▮▮
Email Address: ▮▮▮▮▮▮▮▮▮▮

# Do you use email spam-blocking tools?

To ensure you receive all e-mail communications regarding this filing, please add
**corporations@dfi.state.wi.us** to your list of safe addresses.

You should receive a confirmation email shortly. If you do not receive the

confirmation message within 24 hours you should contact your Internet provider and ensure that email from the dfi.state.wi.us, wdfi.org, and wisconsin.gov domains is not being blocked. All email sent from our mail servers conforms to the Sender Policy Framework (SPF) standard and you may wish to advise your Internet provider of that. If your Internet Provider is blocking the emails and is unable to remove the block we would suggest that you use one of the large free email systems such as Google Mail, HotMail, or Yahoo as they do not block email but deliver it into a possible spam folder instead.

# What we will do

Documents are processed in the order they are received.

**Non-expedited** service requests are generally processed in seven to ten business days following the date of receipt.

# What Next

- For questions about this order, call (608) 261-7577.
- Give feedback.
- Place another Online Order
- DFI Home Page

# DFI Online Order
## Certified Copy of Single-year Annual Report

**Total price: $10.00**

**Received by DFI: 9/10/2012 11:31 AM**

## Order Details:

| | |
|---|---|
| **Name of Entity** | Northern Star Properties, LLC |
| **Reporting Year** (leave blank for latest report) | 2011 |
| **How many copies?** | 1 |
| **With apostille (for use in a foreign country)** | No |
| **Additional Instructions** | |

## Contact Information:

**First Name** Camille

**Last Name** Mo        nahan

**Company Name** EEOC

**Address Line 1**  310 W. Wisconsin Avenue

**Address Line 2** Suite   800

**City** Milwaukee

**State** WI

**Postal Code** 53203

**Country** UNITED            STATES

**Phone Number** 

**Email Address**

## Delivery:

**Delivery Option** U.S. Mail, sent to the Contact Information address

## Fee Details:

Certified Copy of Single-year Annual Report:     $10.00

**Total Fee:**                        **$10.00**



Tapestry Receipt
10/1/2012 12:00:41 PM

| DataSource | TranType | Amount | Notes | Date\Time |
|---|---|---|---|---|
| Dunn, WI | SEARCH | 5.95 | Section = 14 and Township = 28 and Range = 13 | 10/01/2012 11:40AM |
| Dunn, WI | SEARCH | 5.95 | Party Name = NORTHERN STAR PROPERTIES LLCDocument Type = DEED | 10/01/2012 11:46AM |
| Dunn, WI | PRINT | 0.50 | DocName: 519375 PageNums: 1-1 | 10/01/2012 11:50AM |
| Dunn, WI | SEARCH | 5.95 | Party Name = NORTHERN STAR PROPERTIES LLC | 10/01/2012 11:52AM |
| Dunn, WI | PRINT | 2.00 | DocName: 535114 PageNums: 1-4 | 10/01/2012 11:54AM |
| Dunn, WI | PRINT | 0.50 | DocName: 550121 PageNum: 1 | 10/01/2012 12:00PM |
| TOTAL | | 20.85 | | |



www.rcu.org

July 2, 2013

USEEOC
Attorney Laurie Vasichek
330 Second Ave So Ste 720
Minneapolis MN

Re: Northern Star Hospitality Inc

You requested statements from January 1, 2009 through the present date; however, the accounts were open from September 15, 2009 through December 27, 2012.

The fee for statement copies is $5 per month, there are 40 monthly statements.

Please remit a check for $200.00 payable to RCU and mail to:

RCU
CC2 Research
PO Box 970
Eau Claire, WI 54702

If you have any questions I can be reached at 715-855-5447.

Greg Pangallo
Account Servicing Rep

18



FIDLAR
TECHNOLOGIES

DUNN
7/12/2013 12:55:28 PM

| DataSource | TranType | Amount | Notes | Date\Time |
|---|---|---|---|---|
| Dunn, WI | SEARCH | 5.95 | Subdivision = CSM 3077 and Lot = 1 | 07/12/2013 12:08PM |
| Dunn, WI | PRINT | 0.50 | DocName: 591959 PageNums: 1-1 | 07/12/2013 12:13PM |
| Dunn, WI | PRINT | 0.50 | DocName: 550121 PageNums: 1-1 | 07/12/2013 12:19PM |
| Dunn, WI | PRINT | 0.50 | DocName: 537064 PageNums: 1-1 | 07/12/2013 12:21PM |
| Dunn, WI | PRINT | 0.50 | DocName: 536300 PageNums: 1-1 | 07/12/2013 12:23PM |
| Dunn, WI | PRINT | 0.50 | DocName: 536300 PageNums: 1-1 | 07/12/2013 12:23PM |
| Dunn, WI | PRINT | 2.00 | DocName: 535114 PageNums: 1-4 | 07/12/2013 12:26PM |
| Dunn, WI | PRINT | 0.50 | DocName: 534019 PageNums: 1-1 | 07/12/2013 12:27PM |
| Dunn, WI | PRINT | 2.00 | DocName: 534008 PageNums: 1-4 | 07/12/2013 12:29PM |
| Dunn, WI | PRINT | 0.50 | DocName: 534007 | 07/12/2013 12:30PM |

19

| | | | PageNums: 1-1 | |
|---|---|---|---|---|
| Dunn, WI | PRINT | 0.50 | DocName: 534006 PageNums: 1-1 | 07/12/2013 12:31PM |
| Dunn, WI | PRINT | 0.50 | DocName: 534005 PageNums: 1-1 | 07/12/2013 12:36PM |
| Dunn, WI | PRINT | 2.00 | DocName: 533115 PageNums: 1-4 | 07/12/2013 12:37PM |
| Dunn, WI | PRINT | 0.50 | DocName: 531199 PageNums: 1-1 | 07/12/2013 12:38PM |
| Dunn, WI | PRINT | 2.00 | DocName: 530780 PageNums: 1-4 | 07/12/2013 12:39PM |
| Dunn, WI | PRINT | 2.00 | DocName: 530254 PageNums: 1-4 | 07/12/2013 12:41PM |
| Dunn, WI | PRINT | 2.00 | DocName: 529036 PageNums: 1-4 | 07/12/2013 12:42PM |
| Dunn, WI | PRINT | 1.50 | DocName: 528927 PageNums: 1-3 | 07/12/2013 12:43PM |
| Dunn, WI | PRINT | 2.00 | DocName: 525238 PageNums: 1-4 | 07/12/2013 12:44PM |
| Dunn, WI | PRINT | 0.50 | DocName: 525237 PageNums: 1-1 | 07/12/2013 12:46PM |
| Dunn, WI | PRINT | 0.50 | DocName: 525236 | 07/12/2013 12:47PM |

| | | | PageNums: 1-1 | |
|---|---|---|---|---|
| Dunn, WI | PRINT | 2.00 | DocName: 524046 PageNums: 1-4 | 07/12/2013 12:49PM |
| Dunn, WI | PRINT | 2.00 | DocName: 519376 PageNums: 1-4 | 07/12/2013 12:50PM |
| Dunn, WI | PRINT | 0.50 | DocName: 519375 PageNums: 1-1 | 07/12/2013 12:51PM |
| Dunn, WI | PRINT | 1.50 | DocName: 519374 PageNums: 1-3 | 07/12/2013 12:52PM |
| Dunn, WI | PRINT | 0.50 | DocName: 519373 PageNums: 1-1 | 07/12/2013 12:53PM |
| Dunn, WI | PRINT | 0.50 | DocName: 519372 PageNums: 1-1 | 07/12/2013 12:54PM |
| TOTAL | 34.45 | | | |

# CITY OF MENOMONIE

800 WILSON AVENUE
MENOMONIE, WI 54751

# INVOICE

Invoice Number: 4827
Invoice Date: 7/16/13
Page: 1

Voice: 715/232-2221
Fax: 715/235-0888

| Bill To: |
| --- |
| US EQUAL EMPLOYMENT OPPORTUNITY COMM<br>330 SECOND AVE SOUTH<br>SUITE 720<br>MINNEAPOLIS, MN 55401-2224 |

Customer ID: USE010

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
| --- | --- | --- | --- |
| | Net 30 Days | | 8/15/13 |

| Description | Amount |
| --- | --- |
| Cost of copies related to a records request for the business located at 1827 North Broadway in the City of Menomonie | |
| *** | |
| Copies from City Clerk | 11.75 |
| Copies from Building Inspectors Office | 4.00 |
| Shipping and Handling charges | 4.25 |

|  | | |
| --- | --- | --- |
| | Subtotal | 20.00 |
| | Sales Tax | |
| | Total Invoice Amount | 20.00 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | **20.00** |

1% per month added to all invoices not paid 30 days from invoice date.



# Dunn County Health Department

800 Wilson Avenue
Menomonie, WI 54751
715-232-2388
Fax: 715-232-1132
TTY: 715-232-1116
www.co.dunn.wi.us

Date:

## Request to View a File

Today I have requested to view the file on the following facility:

_____

Print Name:_____

Signature:_____

Phone Number: (        )        -

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Request to Copy a File

Today I have requested a copy from the file on the following facility:

_____

Print Name:_____

Signature:_____

Phone Number: (        )        -

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Number of Copies: ~~28~~ 30  *J.A.*

Fee Collected for Copies: $ ~~14.00~~ *J.A.* 15.00

Dunn Co. Employee providing the File for viewing and/or making copies and collecting fees

_____        7-15-15
(Signature of Dunn Co. Employee)                (Date)

*The mission of the Dunn County Health Department is to promote the health of all people in the community
by working toward a safe and healthy environment, preventing disease and disability
and promoting positive health practices.*



**AnchorBank** fsb

25 WEST MAIN STREET, MADISON, WISCONSIN 53703

Date: 07-26-13

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT | |
|---|---|---|---|---|---|
| | Account research Requested | | | | |
| | Re: Northern Star Properties LLC | | | | |
| | | | | | |
| | | | | | |
| | | | Sales Tax | | |
| Send to the attention of: *Peggy Kammer* | | **TOTAL AMOUNT DUE** ➪ | | 30 | 00 |

**PLEASE RETURN DUPLICATE COPY WITH PAYMENT**

GF-339 #2 8/01

24