**Exhibit E**

**EEOC V. NORTHERN STAR HOSPITALITY, INC. d/b/a SPARX**
**WITNESS TRAVEL EXPENSES**

### THOMAS NESHEIM

| TRAVEL DATE | MILEAGE POV | PER DIEM | WITNESS FEE | HOTEL (Actual) | HOTEL (Requested) *Max. Allowed Amount Under 28 U.S.C. § 1821 (d)(1)* | PARKING *Allowed Under 28 U.S.C. § 1821 (c)(3)* | TOTALS | TOTAL REQUESTED |
|---|---|---|---|---|---|---|---|---|
| 1/8/2013 | $14.69 | $0.00 | $40.00 | $0.00 | $0.00 | $0.00 | $54.69 | $54.69 |
|  |  |  |  |  | $0.00 | $0.00 |  |  |
| **January Total** | *$14.69* | *$0.00* | *$40.00* | *$0.00* | *$0.00* | *$0.00* | *$54.69* | **$54.69** |

### DION MILLER

| TRAVEL DATE | MILEAGE POV | PER DIEM | WITNESS FEE | HOTEL (Actual) | HOTEL (Requested) | PARKING | TOTALS | TOTAL REQUESTED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | *August 2013 GSA Rate for Madison, Wisc.* |  |  |  |
| 8/11/2013 | $114.28 | $42.00 | $0.00 | $162.59 | $89.00 | $10.00 | $328.87 |  |
| 8/12/2014 | $0.00 | $56.00 | $0.00 | $214.12 | $89.00 | $10.00 | $280.12 |  |
| 8/13/2014 | $114.63 | $42.00 | $0.00 | $0.00 |  | $0.00 | $156.63 |  |
| **August Totals** | *$228.91* | *$140.00* | *$0.00* | *$376.71* | **$178.00** | *$20.00* | *$765.62* | **566.91** |
|  |  |  |  |  | *September 2013 GSA Rate for Madison, Wisc.* |  |  |  |
| 9/15/2013 | $111.92 | $42.00 | $0.00 | $366.34 | $89.00 | $0.00 | $520.26 |  |
| 9/16/2014 | $6.14 | $56.00 | $0.00 | $457.94 | $89.00 | $6.00 | $526.08 |  |
| 9/17/2014 | $6.14 | $56.00 | $0.00 | $457.94 | $89.00 | $8.20 | $528.28 |  |
| 9/18/2014 | $6.14 | $56.00 | $0.00 | $457.94 | $89.00 | $7.45 | $527.53 |  |
| 9/19/2014 | $115.18 | $42.00 | $0.00 | $0.00 | $0.00 | $1.85 | $159.03 |  |
| **September Total** | *$245.52* | *$252.00* | *$0.00* | *$1,740.16* | **$356.00** | *$23.50* | *$2,261.18* | **877.02** |

| | | | | | |
|---|---|---|---|---|---|
| **TRAVEL VOUCHER** (Read the Privacy Act Statement on the back) | 1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE | 2. TYPE OF TRAVEL [X] TEMPORARY DUTY [ ] PERMANENT CHANGE OF STATION | 3. VOUCHER NO. | | |
| | | | 4. SCHEDULE NO. | | |

**5. TRAVELER (PAYEE)**

| a. NAME (Last, first, middle initial) | b. SOCIAL SECURITY NO. | 6. PERIOD OF TRAVEL | |
|---|---|---|---|
| Miller, Dion M. | ■■■ | a. FROM 08/11/2013 | b. TO 08/13/2013 |
| c. MAILING ADDRESS (Include ZIP Code) ■■■ | d. OFFICE ■■■ | 7. TRAVEL AUTHORIZATION | |
| | | a. NUMBER(S) 32-13-FPLIT01 | b. DATE(S) 08/11-13/2013 |
| e. PRESENT DUTY STATION EEOC-MINNEAPOLIS AREA OFFICE | f. RESIDENCE (City and State) | 10. CHECK NO. | |

**8. TRAVEL ADVANCE**
- a. Outstanding
- b. Amount to be Applied
- c. Amount due Government (Attached: [ ] Check [ ] Cash)
- d. Balance outstanding

**9. CASH PAYMENT RECEIPT**
- a. DATE RECEIVED
- b. AMOUNT RECEIVED $
- c. PAYEE'S SIGNATURE

**11. PAID BY**

**12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH** (List by number below and attach passenger coupon, if cash is used show claim on reverse side.)

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7)     Traveler's Initials ▶

| AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (initials) (b) | MODE, CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|
| | | POV | | Menomonie, WI<br>Madison, WI | Madison, WI<br>Menomonie, WI |

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE ▶ *Dion M. Miller*   DATE 9-5-13   AMOUNT CLAIMED ▶ $ 388 | 91

NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. (NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)

APPROVING OFFICIAL SIGN HERE ▶     DATE

**17. FOR FINANCE OFFICE USE ONLY COMPUTATION**
- a. DIFFERENCES, IF ANY (Explain and show amount) $
- b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION    Certifier's initials: $
- c. APPLIED TO TRAVEL ADVANCE (Appropriation symbol) $
- d. NET TO TRAVELER ▶ $

**15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION**

| a. VOUCHER NO. | b. D.O. SYMBOL | c. Month & Year |
|---|---|---|

**16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT**

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶     DATE

**18. ACCOUNTING CLASSIFICATION**

1012-116     NSN 7540-00-634-4180     STANDARD FORM 1012 (REV. 10-77)
Prescribed by GSA, FPMR (41 CFR) 101-7

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

INSTRUCTIONS TO TRAVELER (Unlisted items are self-explanatory)

Col. (c) If the voucher includes per diem allowances for members of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

Col. (d) thru (g) } Complete only for actual expense travel

(h) Show amount incurred for each meal, including tax and tips, and daily total meal cost.
(i) Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboys, porters, etc. (other than for meals).
(j) Complete for per diem and actual expense travel.
(k) Show total subsistence expense incurred for actual expense travel.
(l) Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (J) or maximum rate.
(m) Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone calls for Government business, car rental, relocation other than subsistence, etc.
(n)

Complete this information if this is a continuation sheet

PAGE 1 of 2 Pages

TRAVEL AUTHORIZATION NO. 32-13-FPLIT01

TRAVELER'S LAST NAME Miller

| DATE (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations) (c) | MEALS BREAKFAST (d) | MEALS LUNCH (e) | MEALS DINNER (f) | MEALS TOTAL (g) | MISCELLANEOUS SUBSISTENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE NO. OF MILES (k) | MILEAGE (l) | AMOUNT CLAIMED SUBSISTENCE (m) | AMOUNT CLAIMED OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 ___ |   |   |   |   |   |   |   |   |   |   |   |   |   |
| 08/11/13 |   | Mileage |   |   |   |   |   |   |   | 202.26 | 114.28 |   |   |
| 08/11/13 |   | MIE |   |   |   | 42:00 |   |   | 42:00 |   |   | 42:00 |   |
| 08/11/13 |   | Hotel parking -overnight |   |   |   |   |   |   |   |   |   |   | 10:00 |
| 08/12/13 |   | MIE |   |   |   | 56:00 |   |   | 56:00 |   |   | 56:00 |   |
| 08/12/13 |   | Hotel overnight parking |   |   |   |   |   |   |   |   |   |   | 10:00 |
| 08/13/13 |   | Mileage |   |   |   |   |   |   |   | 202.88 | 114.63 |   |   |
| 08/13/13 |   | MIE |   |   |   | 42:00 |   |   | 42:00 |   |   | 42:00 |   |
|   |   | SUBTOTALS ▶ |   |   |   |   |   |   |   |   | 228.91 | 140:00 | 20:00 |
|   |   | TOTALS ▶ |   |   |   |   |   |   |   |   | 228.91 | 140:00 | 20:00 |

If additional space is required, continue on another SF 1012-A BACK, leaving the front blank.

TOTAL AMOUNT CLAIMED ▶ $388.91

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101 7), Section 101-7, E.O. 11609 of July 22, 1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal,or regulatory investigation or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in the Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 U.S.C. 6011(b) and 6109) and E.O. 9397, November 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

STANDARD FORM 1012 BACK (10-77)

| | | | | | |
|---|---|---|---|---|---|
| **TRAVEL VOUCHER** *(Read the Privacy Act Statement on the back)* | **1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE** | **2. TYPE OF TRAVEL** [X] TEMPORARY DUTY [ ] PERMANENT CHANGE OF STATION | **3. VOUCHER NO.** | | |
| | | | **4. SCHEDULE NO.** | | |

**5. TRAVELER (PAYEE)**

| a. NAME (Last, first, middle initial) | b. SOCIAL SECURITY NO | 6. PERIOD OF TRAVEL | |
|---|---|---|---|
| Miller, Dion M. | | a. FROM 09/15/2013 | b. TO 09/19/2013 |

| c. MAILING ADDRESS (Include ZIP Code) | d. OFFICE | 7. TRAVEL AUTHORIZATION | |
|---|---|---|---|
| | | a. NUMBER(S) 32-13-FPLIT09 | b. DATE(S) 09/15-19/2013 |

| e. PRESENT DUTY STATION | f. RESIDENCE (City and State) |
|---|---|
| EEOC-MINNEAPOLIS AREA OFFICE | |

**10. CHECK NO.**

| 8. TRAVEL ADVANCE | | 9. CASH PAYMENT RECEIPT | | 11. PAID BY |
|---|---|---|---|---|
| a Outstanding | | a. DATE RECEIVED | b. AMOUNT RECEIVED $ | |
| b Amount to be Applied | | | | |
| c Amount due Government (Attached: [ ] Check  [ ] Cash) | | c. PAYEE'S SIGNATURE | | |
| d Balance outstanding | | | | |

**12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH** (List by number below and attach passenger coupon; if cash is used show claim on reverse side.)

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7)

Traveler's Initials ▶ DM

| AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (initials) (b) | MODE, CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|
| | | POV | | Menomonie, WI Madison, WI | Madison, WI Menomonie, WI |

**13.** I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher

TRAVELER SIGN HERE ▶ *Don M. Miller*  DATE 9-27-13  AMOUNT CLAIMED ▶ $ 521.02

**NOTE** Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; id. 1001).

**14.** This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. (NOTE If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)

APPROVING OFFICIAL SIGN HERE ▶  DATE

**17. FOR FINANCE OFFICE USE ONLY COMPUTATION**

| | |
|---|---|
| a. DIFFERENCES, IF ANY (Explain and show amount) | $ |

**15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION**

| a VOUCHER NO | b D O SYMBOL | c. Month & Year |
|---|---|---|

b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION

Certifier's initials  $

**16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT**

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶  DATE

c. APPLIED TO TRAVEL ADVANCE (Appropriation symbol) $

d. NET TO TRAVELER ▶ $

**18 ACCOUNTING CLASSIFICATION**

1012-116   NSN 7540-00-634-4180   STANDARD FORM 1012 (REV. 10-77) Prescribed by GSA, FPMR (41 CFR) 101-7

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

INSTRUCTIONS TO TRAVELER (Unlisted items are self-explanatory)

Col. (c) If the voucher includes per diem allowances for members of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

Col. (d) thru (g) } Complete only for actual expense travel

(h) Show amount incurred for each meal including tax and tips, and daily total meal cost.

(i) Show expenses, such as laundry, cleaning and pressing of clothes, tips to bellboys, porters, etc. (other than for meals)

(j) Complete for per diem and actual expense travel

(i) Show total subsistence expense incurred for actual expense travel

(l) Show per diem amount, limited to maximum rate, or if travel on actual expense show the lesser of the amount from col (j) or maximum rate.

(m) Show expenses, such as taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone calls for Government business, car rental, relocation other than subsistence, etc.

Complete this information if this is a continuation sheet

PAGE 1 of 2 Pages

TRAVEL AUTHORIZATION NO. 32-13-FPLIT09

TRAVELER'S LAST NAME Miller

## ITEMIZED SUBSISTENCE EXPENSES

| DATE 19— (a) | TIME (Hour am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | MEALS BREAKFAST (d) | MEALS LUNCH (e) | MEALS DINNER (f) | MEALS TOTAL (g) | MISCELLANEOUS SUBSISTENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE NO OF MILES (k) | MILEAGE (l) | AMOUNT CLAIMED SUBSISTENCE (m) | AMOUNT CLAIMED OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/15/13 | | Mileage | | | | | | | | 198.11 | 111.92 | | |
| 09/15/13 | | MIE | | | 42.00 | 42.00 | | | 42.00 | | | 42.00 | |
| 09/16/13 | | Mileage to courthouse to hotel | | | | | | | | 10.86 | 6.14 | | |
| 09/16/13 | | MIE | | | 56.00 | 56.00 | | | 56.00 | | | 56.00 | 6.00 |
| 09/17/13 | | Courthouse parking | | | | | | | | | | | |
| 09/17/13 | | MIE | | | 56.00 | 56.00 | | | 56.00 | | | 56.00 | 6.00 |
| 09/17/13 | | Mileage to courthouse to hotel | | | | | | | | 10.86 | 6.14 | | |
| 09/18/13 | | Courthouse parking | | | | | | | | | | | 8.20 |
| 09/18/13 | | MIE | | | 56.00 | 56.00 | | | 56.00 | | | 56.00 | |
| 09/18/19 | | Courthouse parking | | | | | | | | | | | 7.45 |
| 09/19/13 | | MIE | | | 42.00 | 42.00 | | | 42.00 | | | 42.00 | |
| 09/19/13 | | Mileage to courthouse | | | | | | | | 3.07 | | | |
| 09/19/13 | | Courthouse parking | | | | | | | | | | | 1.85 |
| 09/19/13 | | Mileage | | | | | | | | 203.85 | 115.18 | | |
| | | SUBTOTALS ▶ | | | | | | | | 245.52 | | 252.00 | 23.50 |
| | | TOTALS ▶ | | | | | | | | 245.52 | | 252.00 | 23.50 |

MILEAGE RATE 56.5 ¢

Enter grand total of columns (i), (m), and (n), below and in item 13 on the front of this form.

TOTAL AMOUNT CLAIMED ▶ $521.02

If additional space is required, continue on another SF 1012-A BACK, leaving the front blank.

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101-7), E.O. 11609 of July 22, 1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011 (b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigation or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in the Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 U.S.C. 6011(b) and 6109) and E.O. 9397, November 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

STANDARD FORM 1012 BACK (10-77)

Standard Form No. 1157
7 GAO 5920
1157-103

# CLAIM FOR FEES AND MILEAGE OF WITNESS

Sheet No.
Case No. 12-cv-214-bbc

(ATTACH TO STANDARD FORM NO. 1154)    U.S.    EEOC
Department, Bureau, or Establishment

Name: THOMAS Nesheim     Address: [redacted]

Dates of travel: 1-8-13     Dates of attendance: 1-8-13

Date and hour discharged from further attendance

For travel from BROOKLYN PARK to MINNEAPOLIS and return

Via (mode of travel must be specified) CAR - Mazda 3

| | | DOLLARS | CENTS | NOTATIONS |
|---|---|---|---|---|
| 26 | miles traveled at .565 cents per mile (number of round trips 1) | 14 | 69 | |
| 1 | days in attendance and time necessarily occupied in going to and returning from place of attendance at $ 40.00 per day | 40 | 00 | |
| 0 | days in attendance and time necessarily occupied in going to and returning from place of attendance at $ per day in lieu of subsistence | 0 | | |
| | AMOUNT CLAIMED | 54 | 69 | |
| | Less: Amount previously advanced | | | |
| | NET AMOUNT DUE | 54 | 69 | |

I certify that the amounts claimed above are correct and just; that payment has not been received; and that at time of travel and attendance I was NOT a salaried employee of the Government or a detained witness.

(Payee will NOT use this space)
Differences

Account verified, correct for
Signature or initials          Paid by Check No.

SIGN ORIGINAL ONLY    [signature] Tom Nesl
(Payee's signature)

Approved for $ 54 69     By [signature]
Date  1/30/2012          Title

U.S. GOVERNMENT PRINTING OFFICE 1959-O-507343

Job # 12MIL032
1813FPCHIWIT02



1 West Dayton Street | Madison, Wisconsin 53703

800 356 8293 | fax 608 257 5280 | concoursehotel.com

| Reservation Number 337719 | Room Number | 0440 |

| | |
|---|---|
| **Send to** | Dion Miller |
| **Phone** | |
| **Guest Name** | Dion Miller |

| Arrival Date | Departure Date |
|---|---|
| 8/11/2013 | 8/13/2013 |

| | |
|---|---|
| **Bill To** | Miller, Dion |
| **Phone** | |

Folio Number 379772

| Trans Date | Description | | Voucher | Amount |
|---|---|---|---|---|
| **Charges** | | | | |
| 8/11/2013 | Concourse | Best Available Rate | c -0440 | 142.00 |
| 8/11/2013 | Local Tax | | c -0440 | 12.78 |
| 8/11/2013 | State Tax Room | | c -0440 | 7.81 |
| 8/12/2013 | Concourse | Best Available Rate | c -0440 | 187.00 |
| 8/12/2013 | Local Tax | | c -0440 | 16.83 |
| 8/12/2013 | State Tax Room | | c -0440 | 10.29 |
| | | | Subtotal | 376.71 |
| | Total Charges | | | 376.71 |
| **Payments** | | | | |
| 8/13/2013 | | | | -376.71 |
| | | | Subtotal | -376.71 |
| | Total Payments | | | -376.71 |
| | | | **Balance Due:** | 0.00 |





# CROWNE PLAZA
## MADISON

15　　　　　09-19-13



| | | |
|---|---|---|
| Folio No. : 326102 | Room No. : | 645 |
| A/R Number : | Arrival : | 09-15-13 |
| Group Code : | Departure : | 09-19-13 |
| Company : | Conf. No. : | 66597267 |
| Membership No. : | Rate Code : | IGCOR |
| Invoice No. : | Page No. : | 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-15-13 | *Accommodation | 319.95 | |
| 09-15-13 | Accomodation Tax | 46.39 | |
| 09-16-13 | | | 1,740.16 |
| 09-16-13 | *Accommodation | 399.95 | |
| 09-16-13 | Accomodation Tax | 57.99 | |
| 09-16-13 | *Accommodation 17-SEP-2013 | 399.95 | |
| 09-16-13 | Accomodation Tax 17-SEP-2013 | 57.99 | |
| 09-16-13 | *Accommodation 18-SEP-2013 | 399.95 | |
| 09-16-13 | Accomodation Tax 18-SEP-2013 | 57.99 | |
| 09-18-13 | | | 1,740.16 |
| 09-18-13 | | | -1,740.16 |

Thank you for staying at The Crowne Plaza Madison. Qualifying points for this stay will automatically be credited to your account. To make additional reservations online, update your account information or view your statement please visit www.priorityclub.com. We look forward to welcoming you back soon.

**Total** 　1,740.16　　1,740.16

**Balance** 　0.00

Guest Signature: _____

I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.



Crowne Plaza Madison
4402 East Washington Avenue
Madison WI 53704