**Exhibit A**

# SERVICE INVOICE

**North Country Investigations, Inc.**
PO Box 454
Eau Claire, WI 54702-0454
USA

**Voice:** 715-552-5234
**Fax:** 715-552-5239

**Invoice Number:**
1205-919

**Invoice Date:**
May 9, 2012

**Page:**
1

**Service For:**
Equal Employment Opportunity Commission
Milwaukee - Legal Division
310 W. Wisconsin Ave, Ste 800
Milwaukee, WI 53203

**Customer ID:** EQUALEMPLOYMENT

| Customer Number | Payment Terms | Due Date | Service Rep |
|---|---|---|---|
| USDC #12cv214 | Net 10 Days | 5/19/12 | TURNQUISTW |

| Quantity | Service Description | Rate | Amount |
|---|---|---|---|
| 1.00 | PROCESS SERVICE PER DEFENDANT/Flat Fee Includes Mileage & 3 Attempts at Same Address: NORTHERN HOSPITALITY INC d/b/a SPARX RESTAURANT (Dunn County WI) | 50.00 | 50.00 |

**Make Checks Payable to:**
North Country Investigations, Inc.
39-1948193

**Check No:**

| | |
|---|---|
| Subtotal | 50.00 |
| Sales Tax | |
| Total Invoice Amount | 50.00 |
| Payment Received | |
| **TOTAL** | **50.00** |

Finance charges are applied to overdue accounts

# SERVICE INVOICE

**North Country Investigations, Inc.**
PO Box 454
Eau Claire, WI  54702-0454
USA

Voice:   715-552-5234
Fax:      715-552-5239

Invoice Number:
1210-1194

OCT 09 2012

Invoice Date:
Oct 4, 2012

Page:
1

**Service For:**
Equal Employment Opportunity Commission
Milwaukee - Legal Division
310 W. Wisconsin Ave, Ste 800
Milwaukee, WI  53203

**Customer ID:**   EQUALEMPLOYMENT

| Customer Number | Payment Terms | Due Date | Service Rep |
|---|---|---|---|
| USDC #12cv214 | Net 10 Days | 10/14/12 | TURNQUISTW |

| Quantity | Service Description | Rate | Amount |
|---|---|---|---|
| 1.00 | PROCESS SERVICE PER DEFENDANT/Flat Fee Includes Mileage & 3 Attempts at Same Address: NORTH BROADWAY HOLDINGS INC (Pierce County WI) | 85.00 | 85.00 |
| 1.00 | PROCESS SERVICE PER DEFENDANT/Flat Fee Includes Mileage & 3 Attempts at Same Address: NORTH BROADWAY HOLDINGS INC (Barron County WI) | 75.00 | 75.00 |
| 1.00 | PROCESS SERVICE PER DEFENDANT/Flat Fee Includes Mileage & 3 Attempts at Same Address: NORTHERN STAR PROPERTIES LLC (Dunn County WI) | 50.00 | 50.00 |
| 1.00 | PROCESS SERVICE PER DEFENDANT/Flat Fee Includes Mileage & 3 Attempts at Same Address: NORTHERN STAR PROPERTIES LLC (Barron County WI) | 75.00 | 75.00 |
| 1.00 | DISCOUNT | 75.00 | -75.00 |

**Make Checks Payable to:**
North Country Investigations, Inc.
39-1948193

Check No:

| | |
|---|---|
| Subtotal | 210.00 |
| Sales Tax | |
| Total Invoice Amount | 210.00 |
| Payment Received | |
| **TOTAL** | 210.00 |

2
Finance charges are applied to overdue accounts

# SERVICE INVOICE

**North Country Investigations, Inc.**
PO Box 454
Eau Claire, WI 54702-0454
USA

**Voice:** 715-552-5234
**Fax:** 715-552-5239

**Invoice Number:**
1212-1357

**Invoice Date:**
Dec 20, 2012

**Page:**
1

**Service For:**
Equal Employment Opportunity Commission
Minneapolis Area Office
330 2nd Avenue S, Ste. 720
Minneapolis, MN 55401-2224

**Customer ID:** EQUALEMPLOYMENT-MN

| Customer Number | Payment Terms | Due Date | Service Rep |
|---|---|---|---|
| USDC #3:12cv00214slc | Net 10 Days | 12/30/12 | TURNQUISTW |

| Quantity | Service Description | Rate | Amount |
|---|---|---|---|
| 1.00 | PROCESS SERVICE PER DEFENDANT/Flat Fee Includes Mileage & 3 Attempts at Same Address: KIM DEASY (Dunn County WI) | 50.00 | 50.00 |
| 1.00 | PROCESS SERVICE PER DEFENDANT/Flat Fee Includes Mileage & 3 Attempts at Same Address: CHRIS JARMUZEK (Dunn and Polk Counties WI) | 150.00 | 150.00 |

**Make Checks Payable to:**
North Country Investigations, Inc.
39-1948193

**Check No:**

| | |
|---|---|
| Subtotal | 200.00 |
| Sales Tax | |
| Total Invoice Amount | 200.00 |
| Payment Received | |
| **TOTAL** | **200.00** |

Finance charges are applied to overdue accounts

# Big Bear Process Service

4013 Pebblebrook Ct. Unit-B

Spartanburg, SC 29301-3414

Phone 864-804-8818

Kevin M. Walters

# Invoice

Invoice #013-05-31-2

Date: May 31, 2013

*Equal Employment Opportunity Commission*
**Milwaukee - Legal Division**
**310 West Wisconsin Ave**
**Suite 800**
**Milwaukee, Wisconsin 53203**

Process Service

C.A. No. 3:12-CV-00214-SLC

| DESCRIPTION | Unit Price | Quantity | AMOUNT |
|---|---|---|---|
| Personal service in C.A. No. 3:12-CV-00214-SLC Susan Phillips, (Manager, Litigation & Employee Relations) at Denny's Corporation 203 East Main Street, Spartanburg, SC 29319<br><br>Served the following items:<br>  1.) Subpoena to Produce Documents, Information, or Objects, or To Permit Inspection of Premises in a Civil Action | $75.00 | 1 | $75.00 |
| | | TOTAL | $75.00 |

**Make all checks payable to: Big Bear Process Service**

Any questions regarding this invoice please call 864-804-8818

Thank you for your business!

# SERVICE INVOICE

**North Country Investigations, Inc.**
PO Box 454
Eau Claire, WI 54702-0454
USA

**Voice:** 715-552-5234
**Fax:** 715-552-5239

**Invoice Number:**
1307-952

**Invoice Date:**
Jul 31, 2013

**Page:**
1

**Service For:**
Equal Employment Opportunity Commission
Minneapolis Area Office
330 2nd Avenue S, Ste. 720
Minneapolis, MN 55401-2224

**Customer ID:** EQUALEMPLOYMENT-MN

| Customer Number | Payment Terms | Due Date | Service Rep |
|---|---|---|---|
| USDC# 3:12cv00214bbc | Net 10 Days | 8/10/13 | TURNQUISTW |

| Quantity | Service Description | Rate | Amount |
|---|---|---|---|
| 1.00 | PROCESS SERVICE PER DEFENDANT/Flat Fee Includes Mileage & 3 Attempts at Same Address: RANDY L KRAUTKRAMER (Barron County WI) | 75.00 | 75.00 |
| 1.00 | PROCESS SERVICE PER DEFENDANT/Flat Fee Includes Mileage & 3 Attempts at Same Address: ALEXANDER J RIVET (Dunn County WI) | 50.00 | 50.00 |
| 2.00 | PROCESS SERVICE PER DEFENDANT/Flat Fee Includes Mileage & 3 Attempts at Same Address: CHRISTOPHER L JARMUZEK (Polk County WI) | 100.00 | 200.00 |
| 1.00 | PROCESS SERVICE PER DEFENDANT/Flat Fee Includes Mileage & 3 Attempts at Same Address: KIM M DEASY (Dunn County WI) | 50.00 | 50.00 |

**Make Checks Payable to:**
North Country Investigations, Inc.
39-1948193

**Check No:**

| | |
|---|---|
| Subtotal | 375.00 |
| Sales Tax | |
| Total Invoice Amount | 375.00 |
| Payment Received | |
| **TOTAL** | **375.00** |

Finance charges are applied to overdue accounts

5

# DELIVERY RECEIPT

| TO | FROM |
|---|---|
| ADMINISTRATION | Laurie Vasichek, Legal Unit, (612) 335-4061 |

| DELIVERY | VENDOR | PURCHASE ORDER NO. |
|---|---|---|
| ☒ PARTIAL  ☐ COMPLETE | North Country Investigations, Inc. | 32-13-FPCHI001 |

## DELIVERED ITEM(S)

| ITEM NO | DESCRIPTION (Include Item Serial No.) | QUANTITY ORDERED | QUANTITY RECEIVED | DATE RECEIVED |
|---|---|---|---|---|
| 1 | Process Service: Subpoena's - Randy Krautkramer, Alexander Rivet, Christopher Jarmuzek, Kim Deasy<br><br>Partial payment to vendor: $375.00 (invoice attached) | 1 | ea. | 07/31/2013 |
|  | Convenience check fee: 1.90% = $7.13 | 1 | ea. | 07/31/2013 |
|  | EEOC v. Northern Star Hospitality d/b/a Sparx restaurant (Sparx)<br>No. 12-cv-214-bbc  (W. D. Wisc.)<br>Job No. 12MIL032<br><br>project officer: Laurie Vasichek<br><br>Payment method: Convenience Check | | | |

**REMARKS**

I certify that the item(s) and/or services listed above has been received/rendered and accepted as of this date: 08/06/2013

Laurie A. Vasichek, Senior Trial Attorney
EEOC - Minneapolis Area Office
330 Second Avenue South, Suite 720
Minneapolis, MN 55401
(612) 335-4061

(Typed Name, Title, Address and Telephone No.)

*[Signature]*
(Signature)

EEOC FORM 112 Apr 88     PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

# SERVICE INVOICE

**North Country Investigations, Inc.**
PO Box 454
Eau Claire, WI 54702-0454
USA

**Voice:** 715-552-5234
**Fax:** 715-552-5239

**Invoice Number:**
1308-1001

**Invoice Date:**
Aug 27, 2013

**Page:**
1

**Service For:**
Equal Employment Opportunity Commission
Minneapolis Area Office
330 2nd Avenue S, Ste. 720
Minneapolis, MN 55401-2224

**Customer ID:** EQUALEMPLOYMENT-MN

| Customer Number | Payment Terms | Due Date | Service Rep |
|---|---|---|---|
| USDC# 3:12cv00214bbc | Net 10 Days | 9/6/13 | TURNQUISTW |

| Quantity | Service Description | Rate | Amount |
|---|---|---|---|
| 1.00 | PROCESS SERVICE PER DEFENDANT/Flat Fee Includes Mileage & 3 Attempts at Same Address: DION M MILLER (Dunn County WI) | 50.00 | 50.00 |
| 1.00 | PROCESS SERVICE PER DEFENDANT/Flat Fee Includes Mileage & 3 Attempts at Same Address: AMBER P MALEAN (Dunn County WI) | 50.00 | 50.00 |

**Make Checks Payable to:**
North Country Investigations, Inc.
39-1948193

**Check No:**

| | |
|---|---|
| Subtotal | 100.00 |
| Sales Tax | |
| Total Invoice Amount | 100.00 |
| Payment Received | |
| **TOTAL** | **100.00** |

Finance charges are applied to overdue accounts

7