# Exhibit B



**NorthWestern Court Reporters**

*since 1973*
621 Second Street
Hudson, WI 54016
(715) 386-5157 • FAX (715) 386-6584

**Minneapolis, MN 55402**
Toll Free 1-800-628-7551
**Eau Claire, WI 54701**
(715) 835-7581

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 116581 | 1/9/2013 | 56401 |

| JOB DATE | CASE NUMBER |
|---|---|
| 1/4/2013 | 3:12-cv-00214-bbc |

| CASE CAPTION |
|---|
| EEOC vs. Northern Star Hospitality, Inc. |

| TERMS |
|---|
| Due upon receipt |

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

**Certified Original and Certified Transcript of:**
Michael D. Schwartz .......................................................................................... 712.60

**TOTAL DUE >>>**     **$712.60**

**Tax ID:** 39-1180863     Phone: 612-335-4061    Fax:

*Please detach bottom portion and return with payment.*

---

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

Invoice No.   : 116581
Invoice Date  : 1/9/2013
**Total Due**    : **$ 712.60**

Remit To: **Northwestern Court Reporters, Inc.**
          **621 Second Street**
          **Hudson, WI 54016**

Job No.    : 56401
BU ID      : 1-NWCR
Case No.   : 3:12-cv-00214-bbc
Case Name  : EEOC vs. Northern Star Hospitality, Inc.

1

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice Number: 1264<br>Call Number: |
|---|---|
| TO: margaretklesczewski@eeoc.com | MAKE CHECK PAYABLE TO:<br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry Street, Room 520<br>Madison, WI 53703<br>(608) 255-3821 |

## TRANSCRIPTS:

| Case Type: | Date Ordered: | Date Delivered: |
|---|---|---|
| Civil | 6-7-13 | 6-10-13 |

**In the matter of EEOC v. North Broadway Holdings, et al   12-CV-214-BBC**

**Stenographic transcript of telephonic hearing held before Magistrate Stephen L. Crocker on 6-6-13**

**42 pgs. @ $4.85  (expedited 7-day delivery)                               $203.70**

**TOTAL:     $203.70**

## CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

__/s/_____    Date: ___6-10-13_____
Lynette Swenson

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice Number: 1266<br>Call Number: |
|---|---|
| TO: Margaret.klesczewski@eeoc.gov | **MAKE CHECK PAYABLE TO:**<br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry Street, Room 520<br>Madison, WI 53703<br>(608) 255-3821 |

**TRANSCRIPTS:**

| Case Type: | Date Ordered: | Date Delivered: |
|---|---|---|
| Civil | 6-18-13 | 6-19-13 |

**In the matter of EEOC v. Northern Star et al. 12-CV-214**

**Stenographic transcript of telephonic motion hearing held on 6-14-13 before Magistrate Stephen L. Crocker**

**35 pgs. @ $4.85 (7-day delivery)**                         **$169.75**

**TOTAL: $169.75**

**CERTIFICATION:**

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

__/s/_____ Date: ___6-19-13_____
<u>Lynette Swenson</u>



NorthWestern Court Reporters

*since 1973*
621 Second Street
Hudson, WI 54016
(715) 386-5157 • FAX (715) 386-6584

**Minneapolis, MN 55402**
Toll Free 1-800-628-7551
**Eau Claire, WI 54701**
(715) 835-7581

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 117793 | 6/24/2013 | 58100 |

| JOB DATE | CASE NUMBER |
|---|---|
| 6/14/2013 | 3:12-CV-00214-slc |

| CASE CAPTION |
|---|
| EEOC vs. Northern Star Hospitality, Inc. |

| TERMS |
|---|
| Due upon receipt |

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

Certified Original and Certified Transcript with word index of:
    Christopher J. Brekken
                                                                                                                                               1,037.99

                                                                                       **TOTAL DUE &gt;&gt;&gt;**        **$1,037.99**

Purchase Order # EECCHI-12-3-
Reference No. 23-13-EECCHI123

**Tax ID:** 39-1180863                                                      Phone: 612-335-4061   Fax:

*Please detach bottom portion and return with payment.*

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

Invoice No.   :  117793
Invoice Date  :  6/24/2013
**Total Due**     :  **$ 1,037.99**

Remit To:  **Northwestern Court Reporters, Inc.**
              **621 Second Street**
              **Hudson, WI 54016**

Job No.     :  58100
BU ID       :  1-NWCR
Case No.   :  3:12-CV-00214-slc
Case Name  :  EEOC vs. Northern Star Hospitality, Inc.



**NORTHWESTERN COURT REPORTERS**
*since 1973*
621 Second Street
Hudson, WI 54016
(715) 386-5157 • FAX (715) 386-6584

**Minneapolis, MN 55402**
Toll Free 1-800-628-7551
**Eau Claire, WI 54701**
(715) 835-7581

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 117791 | 6/24/2013 | 58093 |

| JOB DATE | CASE NUMBER |
|---|---|
| 6/13/2013 | 3:12-CV-00214-slc |

**CASE CAPTION**

EEOC vs. Northern Star Hospitality, Inc.

**TERMS**

Due upon receipt

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

Certified Transcript with word index of:
   Amber Malean     345.48
Certified Transcript with word index of:
   Alexander Rivet     140.00

TOTAL DUE >>>    **$485.48**

Purchase Order # EECCHI-12-3-
Reference No. 23-13-EECCHI123

**Tax ID:** 39-1180863     Phone: 612-335-4061   Fax:

*Please detach bottom portion and return with payment.*

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

Invoice No. : 117791
Invoice Date : 6/24/2013
**Total Due : $ 485.48**

Remit To: **Northwestern Court Reporters, Inc.
621 Second Street
Hudson, WI 54016**

Job No. : 58093
BU ID : 1-NWCR
Case No. : 3:12-CV-00214-slc
Case Name : EEOC vs. Northern Star Hospitality, Inc.



**NorthWestern Court Reporters**
*since 1973*
621 Second Street
Hudson, WI 54016
(715) 386-5157 • FAX (715) 386-6584

Minneapolis, MN 55402
Toll Free 1-800-628-7551
Eau Claire, WI 54701
(715) 835-7581

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 117942 | 7/10/2013 | 58284 |
| JOB DATE | CASE NUMBER | |
| 7/2/2013 | 3:12-cv-00214-bbc | |

**CASE CAPTION**

EEOC vs. Northern Star Hospitality, Inc.

**TERMS**

Due upon receipt

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

Certified Original and Certified Transcript with word index of:
    Randy Krautkramer, CPA, CFP                                     592.29
Certified Original and Certified Transcript with word index of:
    Christopher Brekken Volume II                                   289.80
Certified Original and Certified Transcript with word index of:
    Christopher Brekken Volume 1                                    422.80

                                                **TOTAL DUE >>>    $1,304.89**

Purchase Order # EECCHI-12-3-
Reference No. 23-13-EECCHI123

Tax ID: 39-1180863                                              Phone: 612-335-4061   Fax:

*Please detach bottom portion and return with payment.*

---

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

Invoice No.   : 117942
Invoice Date  : 7/10/2013
**Total Due   : $ 1,304.89**

**Remit To: Northwestern Court Reporters, Inc.**
           **621 Second Street**
           **Hudson, WI 54016**

Job No.    : 58284
BU ID      : 1-NWCR
Case No.   : 3:12-cv-00214-bbc
Case Name  : EEOC vs. Northern Star Hospitality, Inc.



9410 Ginhouse Lane
Charlotte, NC 28277

704.543.7995
888-292-4528

## Invoice 15255

Laurie, A. Vasichek, Esq.
EEOC Minneapolis Area Office
330 Second Avenue South, Ste 720
Minneapolis, Minnesota 55401

 

7/23/2013

| Reporter |
| --- |
| LB |

| DESCRIPTION | RATE | QTY | AMOUNT |
| --- | --- | --- | --- |
| EEOC v. North Star Hospitality deposition taken in Spartanburg, SC on 7/11/13 | | | |
| DEPOSITION OF ANGELA BARRETT | | | |
| Appearance Fee - Half Day | 75.00 | | 75.00 |
| Original + One Copy and Condensed Transcript w/Word Index | 4.20 | 113 | 474.60 |
| Shipping & Handling | 11.00 | | 11.00 |
| **Thank you for choosing Lowrance Reporting Service.** | | **TOTAL** | **$560.60** |

| | |
|---|---|
| **From:** | "Sally Lowrance" <transcribe@lowrancereporting.com> |
| **To:** | "Jean Kamp" <anne.samson@eeoc.gov> |
| **Date:** | 8/2/2013 3:29 PM |
| **Subject:** | Lowrance Reporting Service Customer Receipt/Purchase Confirmation |

Thank you for your order!

==== Order Information ====

Merchant: Lowrance Reporting Service
Invoice Number: 015255

Total: US $560.60

==== Billing Information ====
Jean Kamp
EEOC
310 West Wisconsin Ave
Milwaukee, Wisconsin 53203
USA
anne.samson@eeoc.gov
414-297-1867

==== Shipping Information ====

==== Payment Information ====
Payment Method:
Date/Time: 2-Aug-2013 13:29:18 PDT
Transaction ID:

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| INVOICE | NUMBER 65037 |
|---|---|

| TO: LAURIE A. VASICHEK<br>EEOC - Minneapolis Area Office<br>330 Second Avenue South, Suite 720<br>Minneapolis, Minnesota 55401<br><br>PHONE: (612) 335-4061<br>FAX: | MAKE CHECK PAYABLE TO:<br>Cheryl A. Seeman<br>120 North Henry Street, Room 520<br>Madison, Wisconsin 53703<br><br>PHONE: (608) 255-3821 |
|---|---|

## TRANSCRIPTS

| ☐ CRIMINAL | ✓ CIVIL | DATE ORDERED 08/12/2013 | DATE DELIVERED 08/16/2013 |
|---|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
EEOC v. NORTHERN STAR HOSPITALITY, ET AL.     Case No. 12-CV-214-BBC

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 56 | 3.65 | 204.40 | | | 0.00 | | | 0.00 | 204.40 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): 8/12/2013 | TOTAL | 204.40 |
|---|---|---|
| Court Trial (Afternoon Session) - Volume 1P | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 204.40 |

### ADDITIONAL INFORMATION
Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>/s/  Cheryl A. Seeman, RMR, CRR | DATE<br>08/16/2013 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

# 4NITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice Number: 1284<br>Call Number: |
|---|---|
| TO: EEOC<br>Margaret.klesczewski@eeoc.gov | MAKE CHECK PAYABLE TO:<br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry Street, Room 520<br>Madison, WI 53703<br>(608) 255-3821 |

## TRANSCRIPTS:

| Case Type: | Date Ordered: | Date Delivered: |
|---|---|---|
| Civil | 8-12-13 | 8-15-13 |

**In the matter of EEOC v. Northern Star, et al.   12-CV-214-BBC**

**Stenographic transcript of court trial held before District Judge Barbara B. Crabb**

**144 pgs. @ $3.65**                                                                 **$525.60**

TOTAL:   $525.60

### CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

_/s/_____     Date: __8-15-13_____
Lynette Swenson



NorthWestern Court Reporters
*since 1973*
621 Second Street
Hudson, WI 54016
(715) 386-5157 • FAX (715) 386-6584

**Minneapolis, MN 55402**
Toll Free 1-800-628-7551
**Eau Claire, WI 54701**
(715) 835-7581

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 116228 | 11/27/2012 | 56141 |

| JOB DATE | CASE NUMBER |
|---|---|
| 11/15/2012 | 3:12-CV-00214-slc |

**CASE CAPTION**

EEOC vs. Northern Star Hospitality, Inc.

**TERMS**

Due upon receipt

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

Certified Transcript with word index of:
  Dion M. Miller                                                                406.71

                                                       **TOTAL DUE >>>     $406.71**

Contract #32-13-FPCHI008

**Tax ID:** 39-1180863                                      Phone: 612-335-4061   Fax:

*Please detach bottom portion and return with payment.*

Laurie A. Vasichek
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Ave. S., Suite 720
Minneapolis, MN 55401

| | | |
|---|---|---|
| Invoice No. | : | 116228 |
| Invoice Date | : | 11/27/2012 |
| **Total Due** | : | **$ 406.71** |

Remit To: **Northwestern Court Reporters, Inc.**
          **621 Second Street**
          **Hudson, WI 54016**

| | | |
|---|---|---|
| Job No. | : | 56141 |
| BU ID | : | 1-NWCR |
| Case No. | : | 3:12-CV-00214-slc |
| Case Name | : | EEOC vs. Northern Star Hospitality, Inc. |