# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) District Court Case No. 3:12-cv-00214-slc ) |
| Plaintiff, | ) Seventh Circuit Appeal Case No. \_\_\_\_ ) |
| v. | ) ) |
| NORTHERN STAR HOSPITALITY, INC. d/b/a SPARX RESTAURANT, et al, | ) ) ) |
| Defendants. | ) ) |

## DOCKETING STATEMENT

### I.  JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction as a civil action arising under the laws of the United States pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.

### II.  JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final decision of the U.S. District Court for the Western District of Wisconsin entered on February 25, 2014 and the Opinion and Order entered on August 20, 2013, by the Honorable Barbarab B. Crabb.  The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. §§ 1291 and 1295.

The Notice of Appeal was filed with the District Court on March 27, 2014.

Dated: March 27, 2014                      **SCHWARTZ LAW FIRM**

                                                 By:    /s Michael D. Schwartz
                                                           /s Brandon M. Schwartz
                                                 Michael D. Schwartz (WI#1018933)
                                                 Brandon M. Schwartz (WI#1084533)
                                                 600 Inwood Ave. N., Suite 130
                                                 Oakdale, MN 55128
                                                 Tele: (651) 528-6800
                                                 Facsimile: (651) 528-6450
                                                 michael@mdspalaw.com
                                                 brandon@mdspalaw.com
                                                 *Attorneys for Defendants*