UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>v.<br><br>NORTHERN STAR HOSPITALITY, INC. d/b/a SPARX RESTAURANT, et al,<br><br>           Defendants. | )<br>)<br>) Civil Action No. 3:12-cv-00214-slc<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Northern Star Hospitality, Inc. d/b/a Sparx Restaurant, Northern Star Properties, LLC, and North Broadway Holdings, Inc., Defendants in the above name case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment entered in this action on the 25th day of February, 2014, and the Opinion and Order entered in this action on the 20th day of August, 2013.

Dated: March 27, 2014

**SCHWARTZ LAW FIRM**

By:   /s Michael D. Schwartz
        /s Brandon M. Schwartz
Michael D. Schwartz (WI#1018933)
Brandon M. Schwartz (WI#1084533)
600 Inwood Ave. N., Suite 130
Oakdale, MN 55128
Tele: (651) 528-6800
Facsimile: (651) 528-6450
michael@mdspalaw.com
brandon@mdspalaw.com
*Attorneys for Defendants*