UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>NORTHERN STAR HOSPITALITY D/B/A SPARX RESTAURANT; NORTHERN STAR PROPERTIES LLC; AND NORTH BROADWAY HOLDINGS, INC.,<br><br>        Defendants. | Civil Action No. 3:12-cv-00214-bbc/slc<br><br>**EEOC'S MOTION TO COMPEL RESPONSES TO POST-JUDGMENT DISCOVERY FROM DEFENDANT NORTH BROADWAY HOLDINGS, INC.** |

      The EEOC moves this Court for an Order under Rule 37(a)(3)(B) of the Federal Rules of Civil Procedure compelling Defendant North Broadway Holdings, Inc., to answer completely the EEOC's Interrogatories to North Broadway Holdings, Inc.  These interrogatories, served pursuant to Fed. R. Civ. P. 33 and 69, sought information relating to assets of the corporation.  Rather than answer certain of the interrogatories, Defendant stated that it would make documents available to the EEOC for review.  Despite repeated requests to examine the documents, however, Defendant has failed to provide access to them.  The EEOC also seeks its reasonable attorneys' fees in bringing this motion.

This motion is based upon all the files and proceedings herein, including the Memorandum In Support of Motion to Compel and Declaration of Laurie A. Vasichek filed with this motion.

Dated: May 13, 2015    s/ Laurie Vasichek
              Laurie Vasichek ( 171438 )
              Senior Trial Attorney

              EEOC - Minneapolis Area Office
              330 Second Avenue South, Suite 720
              Minneapolis, Minnesota  55401
              Telephone:  (612) 335-4061
              Facsimile:  (612) 335-4044
              laurie.vasichek@eeoc.gov

              ATTORNEY FOR PLAINTIFF