IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

                              ORDER OF CIVIL
                              CONTEMPT

                Plaintiff,

                              12-cv-214-bbc

    v.

NORTHERN STAR HOSPITALITY,
D/B/A SPARX RESTAURANT;
NORTHERN STAR PROPERTIES
LLC; AND NORTH BROADWAY
HOLDINGS, INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       After defendant North Broadway Holdings, Inc., failed to submit complete discovery responses in accordance with this court's order of June 16, 2015, dkt. #258, or to pay the EEOC the sum of $1,600 in attorney fees as ordered therein, plaintiff Equal Employment Opportunity Commission moved for an order of civil contempt. Defendant has failed to respond to plaintiff's motion. Accordingly, I find that defendant is in contempt and that the relief requested by plaintiff is reasonable.

ORDER

IT IS ORDERED that

1. Defendant is ordered to pay $1,000 as a sanction for each day that it fails to comply with the court's order to submit complete answers to interrogatories and responsive documents to plaintiff and to pay $1,600 in attorney fees awarded to plaintiff. This sanction shall begin to accrue three days following entry of this order.

2. Within fourteen days following entry of this order, defendant and its attorneys, Michael D. Schwartz and Brandon M. Schwartz of the Schwartz Law Firm, are ordered to pay $1,000 in attorney fees to the EEOC for 2.5 hours at a rate of $400 per hour, for the time the EEOC spent bringing this motion. Defendant and its attorneys are jointly and severally liable for this amount.

Entered this 28th day of July, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge