IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

                Plaintiff,

    v.

NORTHERN STAR HOSPITALITY
D/B/A SPARX RESTAURANT;
NORTHERN STAR PROPERTIES, LLC;
AND NORTH BROADWAY HOLDINGS,
INC.,

                Defendants.

ORDER

12-cv-214-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Equal Employment Opportunity Commission filed a Motion for Writ of Garnishment on August 10, 2015, to Garnishee Defendant Central Bank, dkt. #275. This court issued its order granting the plaintiff's motion on August 26, 2015, dkt. #282. Central Bank's answer was filed on September 11, 2015, dkt. #289 . More than 20 days have passed and no objections have been filed. Therefore, plaintiff's motion for writ of continuing garnishment is GRANTED and it is ordered that

      1. Garnishee Defendant Central Bank is to mail remittance payable by check or money order to the Clerk of Court for the Western District of Wisconsin. It should indicate on each remittance the name of the judgment- debtor, North Broadway Holdings, and the case number, 12-cv-214-bbc, so that proper credit can be given.

1

2. This is a continuing garnishment that can be terminated only by satisfaction of the full amount of the debt, a court order, or exhaustion of the property held by garnishee defendant. The garnishment remains in effect as to any property, funds, accounts, monies, stock or earnings of the judgment debtor that may be deposited with garnishee or transferred to garnishee on behalf of the judgment debtor at any future date until payment of the full amount of the debt or until termination by court order.

3. The amount subject to garnishment is $78,923.99. Of this amount, $61,470.68 is payable to Dion Miller and $17,453.31 is payable to plaintiff Equal Employment Opportunity Commission. Garnishee Defendant Central Bank is to remit the amount of any property, funds, accounts, monies, stock or earnings of the judgment creditor until this debt is satisfied or until further order of the court.

Entered this 9th day of November, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge